# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| OASIS MEDICAL AND SURGICAL WELLNESS on assignment of FRANSESCO S., <br><br> Plaintiff, <br><br> v. <br><br> UNITEDHEALTHCARE, INC., <br><br> Defendant(s). | Civil Action No.: 2:23-cv-03372-BRM-CLW |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

PLEASE TAKE NOTICE, that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff voluntarily dismisses the above-captioned action without prejudice.

Dated: September 1, 2023

                                              **CALLAGY LAW, P.C.**

                                              _s/ Lori Shlionsky, Esq._____
                                              Lori Shlionsky, Esq.
                                              *Attorneys for Plaintiff, Oasis Medical and Surgical Wellness*

SO ORDERED:

_____
BRIAN R. MARTINOTTI, USDJ
DATED: SEPT. 1, 2023